

Jacqueline Hattar
A Member of the Firm
914.872.7180 (direct)
Jacqueline.Hattar@wilsonelser.com

September 10, 2025

**VIA ECF**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse, S.D.N.Y.
40 Foley Square, Room 1305
New York, NY 10007

Re:   ***Shannon Nicole Carey v. Ricardo Jones and Jam Koncept Trucking LLC***
       Civil Case No.:      1:25-cv-06431-PAE
       Wilson Elser File No.:   22592.00062

Dear Judge Engelmayer:

We represent the defendants, Ricardo Jones and Jam Koncept Trucking LLC ("defendants"), in the above-referenced matter. There are no other defendants in this matter. This action was removed within 30 days after defendants were served on the grounds of diversity jurisdiction since plaintiff is a New York resident, defendant, Ricardo Jones, is a Pennsylvania resident, and defendant, Jam Koncept Trucking LLC is a Pennsylvania limited liability company. With the consent of plaintiff's counsel, the parties respectfully request that the initial conference scheduled for September 22, 2025 be adjourned for 60 days, specifically to a date during the week of November 24, 2025, except not on November 27 or 28, 2025 as our office will be closed on those two dates in observance of the Thanksgiving holiday. The parties have agreed to participate in mediation before a NAM mediator and we have been informed that the mediator is available on October 31 or November 14, 2025. However, the parties are in the process of confirming that the mediator is agreeable to all parties and the availability of all parties and our clients' representatives. In the event that the parties are able to settle this matter at mediation, it will be unnecessary for the parties to appear for the conference and engage in discovery.

In addition, the parties respectfully request a 45 day extension of time until November 5, 2025 to file a joint letter and an initial Civil Case Management Plan and Scheduling Order.

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY  :  Atlanta, GA  :  Austin, TX  :  Baltimore, MD  :  Birmingham, AL  :  Boston, MA  :  Charlotte, NC  :  Chicago, IL  :  Dallas, TX  :  Denver, CO  :  Detroit, MI  :  Long Island, NY
Hartford, CT  :  Houston, TX  :  Indianapolis, IN  :  Jackson, MS  :  Las Vegas, NV  :  London, England  :  Los Angeles, CA  :  Louisville, KY  :  Madison, NJ  :  McLean, VA  :  Merrillville, IN
Miami, FL  :  Milwaukee, WI  :  Nashville, TN  :  New Orleans, LA  :  New York, NY  :  Orange County, CA  :  Orlando, FL  :  Philadelphia, PA  :  Phoenix, AZ  :  Portland, OR  :  Raleigh, NC
San Diego, CA  :  San Francisco, CA  :  Sarasota, FL  :  Seattle, WA  :  Stamford, CT  :  St. Louis, MO  :  Tyler, TX  :  Washington, DC  :  West Palm Beach, FL  :  White Plains, NY

319577494v.1



Hon. Paul A. Engelmayer
Shannon Nicole Carey v. Ricardo Jones and
Jam Koncept Trucking LLC
Civil Case No.:   1:25-cv-06431-PAE
September 10, 2025
Page 2


This is the first request for an adjournment of the initial conference and an extension of time to file the joint letter and Civil Case Management Plan and Scheduling Order (see, ECF Doc. # 5). Thank you for your time and consideration.

                Respectfully submitted,

                Wilson Elser Moskowitz Edelman & Dicker LLP

                */s/ Jacqueline Hattar*

                Jacqueline Hattar


JH/me

cc:    (***Via E-mail & ECF)***
       Dmitriy Chernyy, Esq.
       Matthew Libroia, Esq.
       CHERNYY & ASSOCIATES, P.C.
       *Attorneys for Plaintiff*
       Shannon Nicole Carey
       1901 Emmons Avenue
       Brooklyn, NY 11235
       Tel: (718) 682-3939
       Email:  ml@chernyy-law.com
                  nh@chernyy-law.com
                  dc@chernyy-law.com

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY : Atlanta, GA : Austin, TX : Baltimore, MD : Birmingham, AL : Boston, MA : Charlotte, NC : Chicago, IL : Dallas, TX : Denver, CO : Detroit, MI : Long Island, NY
Hartford, CT : Houston, TX : Indianapolis, IN : Jackson, MS : Las Vegas, NV : London, England : Los Angeles, CA : Louisville, KY : Madison, NJ : McLean, VA : Memllville, IN
Miami, FL : Milwaukee, WI : Nashville, TN : New Orleans, LA : New York, NY : Orange County, CA : Orlando, FL : Philadelphia, PA : Phoenix, AZ : Portland, OR : Raleigh, NC
San Diego, CA : San Francisco, CA : Sarasota, FL : Seattle, WA : Stamford, CT : St. Louis, MO : Tyler, TX : Washington, DC : West Palm Beach, FL : White Plains, NY

319577494v.1

GRANTED IN PART.

The Court thanks the parties for this update. As to the parties' request to adjourn the initial pretrial conference to the week of November 24, 2025, the Court has a multi-week criminal trial that begins on November 18, 2025. The Court therefore adjourns the telephonic conference to December 8, 2025 at 2:00 p.m. In light of this adjournment, the joint letter and Civil Case Management Plan and Scheduling Order, see Dkt. 5, are due November 24, 2025.

SO ORDERED.

Date: September 12, 2025
      New York, New York

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge